1  ROSENDO GONZALEZ (State Bar No. 137352)
   ZACHARY I. GONZALEZ (State Bar No. 316577)
2  GONZALEZ & GONZALEZ LAW, P.C.
   530 S. Hewitt St., Ste. 148
3  Los Angeles, CA 90013
   Telephone (213)452-0070
4  Facsimile (213)452-0080
   E-mail: rossgonzalez@gonzalezplc.com
5          zig@gonzalezplc.com

6  General Bankruptcy Counsel for
   Rosendo Gonzalez, Chapter 7 Trustee
7  and Plaintiff

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                  **LOS ANGELES DIVISION**

| | |
|---|---|
| 11  In re | BK. No. 2:23-bk-13187-NB |
| | [Chapter 7] |
| 12  VISTA STUDIOS, LLC, | |
| 13              Debtor. | |
| 14  _____ | |
| | Adv. No. _____ |
| 15  ROSENDO GONZALEZ, Chapter 7 | |
|     Trustee, | |
| 16 | COMPLAINT: |
|                 Plaintiff, | |
| 17 | (1) TO AVOID FRAUDULENT |
|     v. | TRANSFER PURSUANT TO 11 |
| 18 | U.S.C. §§ 544 AND 548; |
|     AMERICAN EXPRESS COMPANY aka | |
| 19  AMERICAN EXPRESS, A New York | (2) (2) TO AVOID |
|     Corporation. | PREFERENTIAL TRANSFERS |
| 20 | PURSUANT TO 11 U.S.C. § 547; |
|                 Defendant. | |
| 21 | (3) TO RECOVER AVOIDED |
| | TRANSFERS PURSUANT TO 11 |
| 22 | U.S.C. § 550; and, |
| 23 | (4) AUTOMATIC PRESERVATION |
| | OF AVOIDED TRANSFER PURSUANT |
| 24 | TO 11 U.S.C. § 551 |
| 25 | |
| 26  _____ | |

27  ///

28  ///

1    Rosendo Gonzalez, the Chapter 7 trustee in this bankruptcy
2    case and the plaintiff in this adversary proceeding (the
3    "Trustee" or the Plaintiff"), respectfully represents and alleges
4    as follows:

5

6    **JURISDICTION/VENUE/PARTIES**

7

8    1.    This adversary proceeding arises in and relates to the
9    bankruptcy case, titled *In re Vista Studio, LLC*, bankruptcy case
10    number no. 2:23-bk-13187-NB, which is presently pending before
11    the United States Bankruptcy Court for the Central District of
12    California, Los Angeles Division.

13    2.    This Court has jurisdiction over this adversary
14    proceeding pursuant to 28 U.S.C. §§ 157 and 1334.

15    3.    The venue is proper in this district pursuant to
16    23 U.S.C. § 1409.

17    4.    This action is a core proceeding under 28 U.S.C.
18    § 157(b)(2)(A), (H) and (O).    This Court can and should enter a
19    final judgment herein.

20    5.    Vista Studios, LLC, formerly a Delaware limited
21    liability company, is the debtor in this bankruptcy case (the
22    "Debtor").

23    6.    According to the records with the California Secretary
24    of State, on August 17, 1995, the Debtor registered as a limited
25    liability company.

26    7.    The Trustee is informed and believes and based thereon
27    alleges that  American Express Company aka American Express, the
28    defendant in this adversary proceeding (the "Defendant" or

1  "AMEX"), is a multi-purpose financial institution primarily known

2  for providing credit for the purchases using a credit card.

3      8.   It appears that the Defendant is authorized to do

4  business in the State of California.

5      9.   As set forth in the statement of information filed on

6  April 8, 2025, with the California Secretary of State, the

7  Defendant's principal address was identified as 200 Vesey Street,

8  New York, New York 10285, and (ii) the Defendant's registered

9  agent for service in the State of California was identified as

10 C T Corporation System, located at 330 N. Brand Blvd. Suite 700,

11 Glendale, California 91203.

12

13         **FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS**

14

15     10.   This bankruptcy case was commenced by the Debtor with

16 the filing of a voluntary Chapter 7 petition under the United

17 States Bankruptcy Code, 11 U.S.C. § 101 et seq., on May 24, 2023

18 [DOCKET NO. 1].

19     11.   In Schedule "F," the Debtor identified unsecured

20 debts in the collective amount of $2,929,081.78 [DOCKET NO. 10].

21     12.   November 20, 2023, was set as the deadline for filing

22 claims in this bankruptcy case.  Twenty-eight (28) claims were

23 filed in the collective amount of $3,052,175.41.

24     13.   In Schedule "F," the Debtor identified owing the

25 Defendant: (i) $82,690.43 for "Vista Studios LLC - Account En"

26 and (ii) $34,226.82 for "Vista Studios Management - Acc" [DOCKET

27 NO. 10].

28 ///

14.   In addition, in the Debtor's produced general ledgers,
there are two (2) other accounts identified as "American Express-
VS" and "American Express-VSM," with one- hundred-and-one (101)
entries wherein the Debtor made payments totaling $754,574.75
prior to the bankruptcy filing (collectively, the "AMEX
Payments").   Copies of the pertinent Debtor's general ledgers
identifying the AMEX Payments are attached hereto and
incorporated as Exhibit "1."

15.   On April 11, 2025, Zachary I. Gonzalez of Gonzalez &
Gonzalez Law, P.C., the Trustee's counsel ("Z. Gonzalez"), sent a
letter to the Defendant requesting information and documentation
in relation to the production of monthly statements from May
1,2019, through May 1, 2023, relating to the Debtor's payments
made to AMeX.  A copy of Z. Gonzalez's April 11, 2025 letter to
AMEX is attached hereto and is incorporated as Exhibit "2."

16.   On April 22, 2025, American Express Subpoena Response
Unit responded to Z. Gonzalez's April 11, 2025 letter, and stated
that AMEX was unable to comply with the request since a "legal
order or customer authorization was not submitted with your
request.   A copy of AMEX's April 22, 2025 letter to Z. Gonzalez
is attached hereto and is incorporated herein as Exhibit "3."

17.   On April 22, 2025, the Trustee responded, and: (i)
indicated that the appointed trustee was now the holder of the
Debtor's legal rights with respect to the Debtor's account with
AMEX account was the Debtor, (ii) provided a copy of the
bankruptcy filing and his appointment, (iii) and explained as the
Chapter 7 appointed trustee, he was not required to obtain a
court for the production of the Debtor's account records.   A copy

1  of the Trustee's April 22, 2025 email to AMEX is attached hereto

2  and is incorporated herein as Exhibit "4."

3      18.   On May 2, 2025, Z. Gonzalez sent another follow-up

4  email request for the production of the requested AMEX statements

5  to determine for whose benefits to charges were incurred and

6  paid.  A copy of Z. Gonzalez's May 2, 2025 email to AMEX is

7  attached hereto and incorporated as Exhibit "5."

8      19.   For whatever reason, AMEX failed to respond.

9      20.   The Trustee is informed and believes, based in part on

10  the review of other transactions of the Debtor wherein it appears

11  that the Debtor made payments to and/or for the benefit of

12  "insiders," as that the term is defined in Section 101 of the

13  Bankruptcy Code, and/or members or managers of the Debtor.

14

15              **FIRST CLAIM FOR RELIEF**

16       **(To Avoid Fraudulent Transfers Against the Defendant –**

17       **Pursuant to 11 U.S.C. §§ 544(b) and 548(a)(1)(A))**

18

19      21.   Plaintiff repeats the allegations in paragraphs 1

20  through 20 of this complaint with the same effect as if set forth

21  here.

22      22.   The Trustee is informed and believes, based in part on

23  the review of other transactions of the Debtor and without the

24  benefit of AMEX actually producing the relevant statements to

25  review and confirm the charges incurred and paid, that the AMEX

26  Transfers were made by the Debtor for the benefit of third

27  parties.

28  ///

1    23.   The Trustee believes that the AMEX Payments were made

2  by the Debtor to AMEX for the benefit of not only AMEX, but also

3  other third parties, with the actual intent to hinder, delay or

4  defraud entities to which the Debtor were, and would thereafter

5  become, indebted.

6    24.   Pursuant to 11 U.S.C. § 544(b) and the applicable

7  provisions of the California Civil Code, and further pursuant to

8  11 U.S.C. § 548(a)(1)(A), the Trustee is entitled to avoid and

9  recover the AMEX Payments.

10

11                  **SECOND CLAIM FOR RELIEF**

12      **(To Avoid Fraudulent Transfers Against the Defendant –**

13          **Pursuant to 11 U.S.C. §§ 544(b) and 548(a)(1)(B))**

14

15    25.   Plaintiff repeats the allegations in paragraphs 1

16  through 24 of this complaint with the same effect as if set forth

17  here.

18    26.   Plaintiff believes and thereon alleges that the AMEX

19  Payments were ones for which the transferor-Debtor did not

20  receive a reasonably equivalent value in exchange and were ones

21  which occurred at a time when the transferor-Debtor was insolvent

22  or after and as a result of which it became insolvent.

23    27.   Pursuant to the provisions of 11 U.S.C. § 544(b) and

24  the applicable provisions of the California Civil Code, and

25  further pursuant to 11 U.S.C. § 548(a)(1)(B)(i), the Trustee is

26  entitled to avoid and recover the AMEX Payments.

27  ///

28  ///

**THIRD CLAIM FOR RELIEF**

**(To Avoid Fraudulent Transfers Against the Defendant –**

**Pursuant to 11 U.S.C. §§ 544(b) and 548(a)(1)(B))**

28.   Plaintiff repeats the allegations in paragraphs 1 through 27 of this complaint with the same effect as if set forth here.

29.   Plaintiff believes and thereon alleges that the AMEX Payments were ones for which the transferor-Debtor received less than a reasonably equivalent value in exchange and were ones which occurred at a time when the transferor-Debtor was engaged in or about to engage in business or transactions with unreasonably small assets and property.

30.   Pursuant to the provisions of 11 U.S.C. § 544(b) and the applicable provisions of the California Civil Code, and further pursuant to 11 U.S.C. § 548(a)(1)(B)(ii), the Trustee is entitled to avoid and recover the AMEX Payments.

**FOURTH CLAIM FOR RELIEF**

**(To Avoid Fraudulent Transfers Against the Defendant –**

**Pursuant to 11 U.S.C. §§ 544(b) and 548(a)(1)(B))**

31.   Plaintiff repeats the allegations in paragraphs 1 through 30 of this complaint with the same effect as if set forth here.

32.   Plaintiff believes and thereon alleges that the AMEX Payments were ones for which the transferor-Debtor received less than a reasonably equivalent value in exchange and were ones

1 | after which the Debtor intended to incur, or believed it would

2 | incur, debts that would be, as they matured, beyond the Debtor's

3 | ability to pay.

4 |     33.  Pursuant to the provisions of 11 U.S.C. § 544(b) and

5 | the applicable provisions of the California Civil Code, and

6 | further pursuant to 11 U.S.C. § 548(a)(1)(B)(iii), the Trustee is

7 | entitled to avoid and recover the AMEX Payments.

8 |

9 | **FIFTH CLAIM FOR RELIEF**

10 | **(To Avoid Preferential Transfers Against the Defendant -**

11 | **Pursuant to 11 U.S.C. § 547)**

12 |

13 |     34.  Plaintiff repeats the allegations in paragraphs 1

14 | through 33 of this complaint with the same effect as if set forth

15 | here.

16 |     35.  To the extent that any of the AMEX Payments were made

17 | within ninety (90) days prior to the bankruptcy filing and/or

18 | within one (1) year prior to the bankruptcy filing to "insiders"

19 | of the Debtor, as that term is defined in Section 101 of the

20 | Bankruptcy Code, and/or were made for the benefit of "insiders"

21 | of the Debtor, and were made for or an account of an antecedent

22 | debt owed by the Debtor and/or by the "insiders" of the Debtor

23 | before such Transfers were made (collectively, the "Preferential

24 | Transfers"), the Trustee believes that said transfers were made

25 | while the Debtor was "insolvent," as that term is defined in

26 | Section 101 of the Bankruptcy Code and the Defendant received

27 | more that the Defendant would have received if the Transfers had

28 | not been made.

1    36.   As such, and to that extent, the Plaintiff asserts that

2  said Preferential Transfers should be avoided pursuant to the

3  provisions of 11 U.S.C. § 547.

4

5                    **SIXTH CLAIM FOR RELIEF**

6              **(To Recover Property or Damages on**

7      **Account of Avoided Transfers Against the Defendant -**

8              **Pursuant to 11 U.S.C. § 550(a)(1))**

9

10    37.   Plaintiff repeats the allegations in paragraphs 1

11  through 36 of this complaint with the same effect as if set forth

12  here.

13    38.   With respect to the Fraudulent Transfers and

14  Preferential Transfers, the Defendant was the initial transferee

15  of the Transfers, which are subject to avoidance by virtue of the

16  first five (5) claims for relief stated above.

17    39.   By virtue of 11 U.S.C. § 550(a)(1), the Trustee is

18  entitled to recover the avoided transfers from the Defendant.

19

20                   **SEVENTH CLAIM FOR RELIEF**

21              **(To Recover Property or Damages on**

22      **Account of Avoided Transfers Against the Defendant -**

23              **Pursuant to 11 U.S.C. § 550(a)(2))**

24

25    40.   Plaintiff repeats the allegations in paragraphs 1

26  through 39 of this complaint with the same effect as if set forth

27  here.

28  ///

1     41.  With respect to the Fraudulent Transfers and

2 Preferential Transfers, the Defendant was the secondary

3 (immediate or mediate) transferee of the Transfers, which are

4 subject to avoidance by virtue of the first five (5) claims for

5 relief stated herein above.

6

7                 **EIGHTH CLAIM FOR RELIEF**

8     **(To Automatic Preservation of Avoided Transfers -**

9               **Against the Defendant**

10          **Pursuant to 11 U.S.C. § 551)**

11

12     42.  Plaintiff repeats the allegations in paragraphs 1

13 through 44 of this complaint with the same effect as if set forth

14 here.

15     43.  With respect to any avoided Fraudulent Transfers and

16 Preferential Transfers, subject to avoidance under the first five

17 (5) claims for relief stated herein above, it should be preserved

18 for the benefit of this bankruptcy estate.

19     **WHEREFORE,** the Plaintiff prays for judgment against the

20 Defendant as follows:

21     1.  On the First, Second, Third and Fourth Causes of

22 Action, to avoid the fraudulent transfers of property of the

23 estate;

24     2.  On the Fifth Cause of Action, to avoid the preferential

25 transfers of property of the estate;

26     3.  On the Sixth and Seventh Causes of Action, to recover

27 the avoided transfers of property of the estate;

28 ///

1    4.    On the Eighth Cause of Action, for automatic

2 preservation of the avoided transfers for the benefit of the

3 estate;

4    5.    For costs of suit incurred herein; and

5    6.    For such other and further relief as the Court may

6 deem just and proper.

7 Dated:  May 15, 2025          GONZALEZ & GONZALEZ LAW
                                Professional Corporation

8

9

10                             By: _____
                                   ROSENDO GONZALEZ
11                                 ZACHARY I. GONZALEZ
12                             General Bankruptcy Counsel for
                               Rosendo Gonzalez, Chapter 7 Trustee
13                             and Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

**Vista Studios, LLC**    **PRELIMINARY DRAFT - FOR DISCUSSION PURPOSES ONLY**

2:23-bk-13187-NB

Petition date: 5/24/23                 REF:  Disbursement Schedule Sent to Z. Gonzalez 3/19/25

**General Ledger and Bank Statements**

**May 1, 2019 - January 31, 2024**         Disbursements to Amex

| Date | Transaction Type | Num | Name | Memo/ Description | Split | Amount |
|------|------------------|-----|------|-------------------|-------|--------|
| **Cash - VS - Operations - 3195** | | | | | | |
| 05/20/2019 | Bill Payment (Check) | ACH 05/20/19 | American Express - VSM | | Accounts Payable | -5,148.10 |
| 06/20/2019 | Bill Payment (Check) | ACH 06/20/19 | American Express - VSM | | Accounts Payable | -3,860.82 |
| 07/19/2019 | Bill Payment (Check) | ACH 07/19/19 | American Express - VSM | | Accounts Payable | -2,943.53 |
| 08/08/2019 | Bill Payment (Check) | ACH 08/08/19 | American Express - VS | | Accounts Payable | -3,730.08 |
| 08/14/2019 | Bill Payment (Check) | ACH 08/14/19 | American Express - VS | | Accounts Payable | -2,500.00 |
| 08/19/2019 | Bill Payment (Check) | ACH 08/19/19 | American Express - VSM | | Accounts Payable | -892.52 |
| 09/09/2019 | Bill Payment (Check) | ACH 09/09/19 | American Express - VS | | Accounts Payable | -5,000.00 |
| 09/19/2019 | Bill Payment (Check) | ACH 09/19/19 | American Express - VSM | | Accounts Payable | -2,779.45 |
| 10/08/2019 | Bill Payment (Check) | ACH 10/08/19 | American Express - VS | | Accounts Payable | -11,050.30 |
| 10/08/2019 | Bill Payment (Check) | ACH 10/08/19 | American Express - VS | | Accounts Payable | -3,500.00 |
| 10/16/2019 | Bill Payment (Check) | ACH 10/16/19 | American Express - VS | | Accounts Payable | -5,000.00 |
| 10/21/2019 | Bill Payment (Check) | ACH 10/21/19 | American Express - VSM | | Accounts Payable | -808.03 |
| 10/29/2019 | Bill Payment (Check) | ACH 10/29/19 | American Express - VS | | Accounts Payable | -5,000.00 |
| 11/06/2019 | Bill Payment (Check) | ACH 11/06/19 | American Express - VS | | Accounts Payable | -10,000.00 |
| 11/13/2019 | Bill Payment (Check) | ACH 11/13/19 | American Express - VS | | Accounts Payable | -5,000.00 |
| 11/19/2019 | Bill Payment (Check) | ACH 11/19/19 | American Express - VSM | | Accounts Payable | -452.59 |
| 11/20/2019 | Bill Payment (Check) | ACH 11/20/19 | American Express - VS | | Accounts Payable | -5,000.00 |
| 12/06/2019 | Bill Payment (Check) | ACH 12/06/19 | American Express - VS | | Accounts Payable | -11,197.44 |
| 12/19/2019 | Bill Payment (Check) | ACH 12/19/19 | American Express - VSM | | Accounts Payable | -905.23 |
| 12/30/2019 | Bill Payment (Check) | ACH 12/30/19 | American Express - VS | | Accounts Payable | -16,539.61 |
| 01/21/2020 | Bill Payment (Check) | ACH 01/21/20 | American Express - VSM | | Accounts Payable | -908.56 |
| 01/29/2020 | Bill Payment (Check) | ACH 01/29/20 | American Express - VS | | Accounts Payable | -8,121.97 |
| 02/19/2020 | Bill Payment (Check) | ACH 02/19/20 | American Express - VSM | | Accounts Payable | -2,694.92 |
| 02/27/2020 | Bill Payment (Check) | ACH 02/27/20 | American Express - VS | | Accounts Payable | -6,615.73 |

| Date | Transaction Type | Num | Name | Memo/ Description | Split | Amount |
|------|------------------|-----|------|-------------------|-------|--------|
| 03/19/2020 | Bill Payment (Check) | ACH 03/19/20 | American Express - VSM | | Accounts Payable | -1,237.49 |
| 03/30/2020 | Bill Payment (Check) | ACH 03/30/20 | American Express - VS | | Accounts Payable | -13,369.73 |
| 04/13/2020 | Bill Payment (Check) | ACH 04/13/20 | American Express - VSM | | Accounts Payable | -1,794.22 |
| 04/28/2020 | Bill Payment (Check) | ACH 04/28/20 | American Express - VS | | Accounts Payable | -6,660.00 |
| 05/19/2020 | Bill Payment (Check) | ACH 05/19/20 | American Express - VSM | | Accounts Payable | -2,191.07 |
| 05/29/2020 | Bill Payment (Check) | ACH 05/29/20 | American Express - VS | | Accounts Payable | -7,899.13 |
| 06/19/2020 | Bill Payment (Check) | ACH 06/19/20 | American Express - VSM | | Accounts Payable | -996.99 |
| 06/26/2020 | Bill Payment (Check) | ACH 06/26/20 | American Express - VS | | Accounts Payable | -15,184.71 |
| 07/13/2020 | Bill Payment (Check) | ACH 07/13/20 | American Express - VS | | Accounts Payable | -12,370.06 |
| 07/20/2020 | Bill Payment (Check) | ACH 07/20/20 | American Express - VSM | | Accounts Payable | -650.12 |
| 07/30/2020 | Bill Payment (Check) | ACH 07/30/20 | American Express - VS | | Accounts Payable | -9,662.30 |
| 08/19/2020 | Bill Payment (Check) | ACH 08/19/20 | American Express - VSM | | Accounts Payable | -645.25 |
| 08/28/2020 | Bill Payment (Check) | ACH 08/28/20 | American Express - VS | | Accounts Payable | -17,491.46 |
| 09/21/2020 | Bill Payment (Check) | ACH 09/21/20 | American Express - VSM | | Accounts Payable | -1,138.89 |
| 09/28/2020 | Bill Payment (Check) | ACH 09/28/20 | American Express - VS | | Accounts Payable | -12,487.29 |
| 10/19/2020 | Bill Payment (Check) | ACH 10/19/20 | American Express - VSM | | Accounts Payable | -243.97 |
| 10/29/2020 | Bill Payment (Check) | ACH 10/29/20 | American Express - VS | | Accounts Payable | -26,530.24 |
| 11/19/2020 | Bill Payment (Check) | ACH 11/19/20 | American Express - VSM | | Accounts Payable | -139.60 |
| 11/30/2020 | Bill Payment (Check) | ACH 11/30/20 | American Express - VS | | Accounts Payable | -30,857.96 |
| 12/21/2020 | Bill Payment (Check) | ACH 12/21/20 | American Express - VSM | | Accounts Payable | -538.88 |
| 12/29/2020 | Bill Payment (Check) | ACH 12/29/20 | American Express - VS | | Accounts Payable | -5,348.92 |
| 01/19/2021 | Bill Payment (Check) | ACH 01/19/21 | American Express - VSM | | Accounts Payable | -309.79 |
| 01/29/2021 | Bill Payment (Check) | ACH 01/29/21 | American Express - VS | | Accounts Payable | -17,727.81 |
| 02/19/2021 | Bill Payment (Check) | ACH 02/19/21 | American Express - VSM | | Accounts Payable | -276.66 |
| 02/26/2021 | Bill Payment (Check) | ACH 02/26/21 | American Express - VS | | Accounts Payable | -13,406.67 |
| 03/19/2021 | Bill Payment (Check) | ACH 03/19/21 | American Express - VSM | | Accounts Payable | -289.84 |
| 03/29/2021 | Bill Payment (Check) | ACH 03/29/21 | American Express - VS | | Accounts Payable | -8,550.34 |
| 04/19/2021 | Bill Payment (Check) | ACH 04/19/21 | American Express - VSM | | Accounts Payable | -147.12 |
| 05/10/2021 | Bill Payment (Check) | ACH 05/10/21 | American Express - VS | | Accounts Payable | -7,342.11 |

| Date | Transaction Type | Num | Name | Memo/ Description | Split | Amount |
|------|------------------|-----|------|-------------------|-------|--------|
| 05/19/2021 | Bill Payment (Check) | ACH 05/19/21 | American Express - VSM | | Accounts Payable | -118.12 |
| 05/20/2021 | Bill Payment (Check) | ACH 05/20/21 | American Express - VS | | Accounts Payable | -8,655.39 |
| 06/07/2021 | Bill Payment (Check) | ACH 06/07/21 | American Express - VS | | Accounts Payable | -16,925.20 |
| 06/21/2021 | Bill Payment (Check) | ACH 06/21/21 | American Express - VSM | | Accounts Payable | -598.73 |
| 07/08/2021 | Bill Payment (Check) | ACH 07/08/21 | American Express - VS | | Accounts Payable | -11,164.57 |
| 07/19/2021 | Bill Payment (Check) | ACH 07/19/21 | American Express - VSM | | Accounts Payable | -1,795.64 |
| 08/09/2021 | Bill Payment (Check) | ACH 08/09/21 | American Express - VS | | Accounts Payable | -14,735.25 |
| 08/19/2021 | Bill Payment (Check) | ACH 08/19/21 | American Express - VSM | | Accounts Payable | -993.56 |
| 08/31/2021 | Bill Payment (Check) | ACH 08/31/21 | American Express - VS | | Accounts Payable | -12,648.17 |
| 09/20/2021 | Bill Payment (Check) | ACH 09/20/21 | American Express - VSM | | Accounts Payable | -543.27 |
| 09/30/2021 | Bill Payment (Check) | ACH 09/30/21 | American Express - VS | | Accounts Payable | -15,342.60 |
| 10/08/2021 | Bill Payment (Check) | ACH 10/08/21 | American Express - VS | | Accounts Payable | -29,144.37 |
| 10/19/2021 | Bill Payment (Check) | ACH 10/19/21 | American Express - VSM | | Accounts Payable | -636.97 |
| 11/08/2021 | Bill Payment (Check) | ACH 11/08/21 | American Express - VS | | Accounts Payable | -10,522.49 |
| 11/19/2021 | Bill Payment (Check) | ACH 11/19/21 | American Express - VSM | | Accounts Payable | -927.17 |
| 12/08/2021 | Bill Payment (Check) | ACH 12/08/21 | American Express - VS | | Accounts Payable | -28,879.12 |
| 12/20/2021 | Bill Payment (Check) | ACH 12/20/21 | American Express - VSM | | Accounts Payable | -975.61 |
| 01/07/2022 | Bill Payment (Check) | ACH 01/07/22 | American Express - VS | | Accounts Payable | -16,595.87 |
| 01/19/2022 | Bill Payment (Check) | ACH 01/19/22 | American Express - VSM | | Accounts Payable | -35.00 |
| 02/08/2022 | Bill Payment (Check) | ACH 02/08/22 | American Express - VS | | Accounts Payable | -25,000.00 |
| 02/22/2022 | Bill Payment (Check) | ACH 02/22/22 | American Express - VSM | | Accounts Payable | -75.00 |
| 03/08/2022 | Bill Payment (Check) | ACH 03/08/22 | American Express - VS | | Accounts Payable | -25,000.00 |
| 03/21/2022 | Bill Payment (Check) | ACH 03/21/22 | American Express - VSM | | Accounts Payable | -606.34 |
| 04/07/2022 | Bill Payment (Check) | ACH 04/07/22 | American Express - VS | | Accounts Payable | -11,119.06 |
| 04/19/2022 | Bill Payment (Check) | ACH 04/19/22 | American Express - VSM | | Accounts Payable | -1,062.96 |
| 05/09/2022 | Bill Payment (Check) | ACH 05/09/22 | American Express - VS | | Accounts Payable | -4,737.00 |
| 05/19/2022 | Bill Payment (Check) | ACH 05/19/22 | American Express - VSM | | Accounts Payable | -514.48 |
| 06/07/2022 | Bill Payment (Check) | ACH 06/07/22 | American Express - VS | | Accounts Payable | -15,213.75 |
| 06/21/2022 | Bill Payment (Check) | ACH 06/21/22 | American Express - VSM | | Accounts Payable | -552.61 |

| Date | Transaction Type | Num | Name | Memo/ Description | Split | Amount |
|------|------|------|------|------|------|------|
| 07/07/2022 | Bill Payment (Check) | ACH 07/07/22 | American Express - VS | | Accounts Payable | -12,500.00 |
| 07/19/2022 | Bill Payment (Check) | ACH 07/19/22 | American Express - VSM | | Accounts Payable | -1,748.63 |
| 08/08/2022 | Bill Payment (Check) | ACH 08/08/22 | American Express - VS | | Accounts Payable | -10,815.29 |
| 08/19/2022 | Bill Payment (Check) | ACH 08/19/22 | American Express - VSM | | Accounts Payable | -1,350.48 |
| 09/08/2022 | Bill Payment (Check) | ACH 09/08/22 | American Express - VS | | Accounts Payable | -4,219.87 |
| 09/21/2022 | Bill Payment (Check) | ACH 09/21/22 | American Express - VSM | | Accounts Payable | -548.74 |
| 10/11/2022 | Bill Payment (Check) | ACH 10/11/22 | American Express - VS | | Accounts Payable | -5,432.23 |
| 10/19/2022 | Bill Payment (Check) | ACH 10/19/22 | American Express - VSM | | Accounts Payable | -824.68 |
| 11/07/2022 | Bill Payment (Check) | ACH 11/07/22 | American Express - VS | | Accounts Payable | -20,833.37 |
| 11/21/2022 | Bill Payment (Check) | ACH 11/21/22 | American Express - VSM | | Accounts Payable | -890.53 |
| 12/07/2022 | Bill Payment (Check) | ACH 12/07/22 | American Express - VS | | Accounts Payable | -13,436.79 |
| 12/19/2022 | Bill Payment (Check) | ACH 12/19/22 | American Express - VSM | | Accounts Payable | -660.15 |
| 01/09/2023 | Bill Payment (Check) | ACH 01/09/23 | American Express - VS | | Accounts Payable | -15,607.63 |
| 01/17/2023 | Bill Payment (Check) | ACH 01/17/23 | American Express - VS | | Accounts Payable | -35,000.00 |
| 01/19/2023 | Bill Payment (Check) | ACH 01/19/23 | American Express - VSM | | Accounts Payable | -317.85 |
| 02/07/2023 | Bill Payment (Check) | ACH 02/07/23 | American Express - VS | | Accounts Payable | -23,889.05 |
| 02/21/2023 | Bill Payment (Check) | ACH 02/21/23 | American Express - VSM | | Accounts Payable | -966.14 |
| 03/09/2023 | Bill Payment (Check) | ACH 03/09/23 | American Express - VS | | Accounts Payable | -15,040.52 |
| 03/20/2023 | Bill Payment (Check) | ACH 03/20/23 | American Express - VSM | | Accounts Payable | -237.00 |

**Total disbursed:**    **-754,574.75**

# EXHIBIT 2

**GONZALEZ & GONZALEZ LAW**
Professional Corporation

Rosendo Gonzalez
rossgonzalez@gonzalezplc.com
bankruptcy, commercial, real
estate and business litigation
(also admitted in Texas)

Zachary I. Gonzalez
zig@gonzalezplc.com
corporate, intellectual property,
entertainment and sports law

www.gonzalezplc.com / www.los-angeles-business-law.com
530 South Hewitt Street, Ste. 148
Los Angeles, CA 90013
(T) 213-452-0070
(F) 213-452-0080

Mireya Gonzalez
mlgonzalez@gonzalezplc.com
Trustee Administrator

April 11, 2025

American Express
PO Box 96001
Los Angeles, CA 90096

<u>Via Overnight Mail</u>

American Express
c/o CT Corporation System – California
Registered Corporate Agent
330 N Brand Blvd Suite 700
Glendale, CA 91203

      Re: Vista Studios, LLC
         <u>USBC Case No. 2:23-bk-13187-NB</u>

Dear Sir or Madam:

Please note that my firm represents Rosendo Gonzalez, the Chapter 7 bankruptcy trustee in the above referenced bankruptcy case (the "Trustee"). I am enclosing a copy of the notice of the bankruptcy filing and of the Trustee's appointment.

As set forth in the enclosure, on May 24, 2023, Vista Studios, LLC, the debtor in the above referenced bankruptcy case (the "Debtor"), filed for bankruptcy protection under Chapter 7 of the Bankruptcy Code with the United States Bankruptcy Court for the Central District of California, Los Angeles Division.

The Debtor and/or its principals identified having several credit cards with American Express.

In addition, in the Debtor's produced general ledgers, there were two (2) other accounts identified as "American Express-VS" and "American Express - VSM" with one hundred and one entries (101) totaling $754,574.75 that took place prior to the bankruptcy filing.

The Trustee needs to determine whether those payments were made for transactions for the benefit of the Debtor and/or for third parties. As such, this letter will serve as request for

American Express
April 11, 2025
Page 2

the production of the monthly statements from May 1, 2019, and
May 1, 2023, within fifteen (15) days of the date of this letter.
Said production can be done electronically.

Please note that the duly appointed Trustee has the legal
rights to any document and information on behalf of the Debtor.
*See*, Sections 704, 1106 and 1107 of the Bankruptcy Code; *see
also, Wolf v. Weinstein*, 372 U.S. 633, 83 S.Ct. 969, 101 L.Ed.2d
33; *Commodity Futures Trading Commission v. Weintraub*, 471 U.S.
343, 105 S.Ct. 1986, 85 L.Ed.2d 372.

Time is of the essence.  That is, would prefer that American
Express provides the requested information without having to file
a motion under Rule 2004 of the Federal Rules of Bankruptcy
Procedure for the document production and examination.

In the unlikely event that American Express is not willing
to promptly and fully cooperate, this letter will serve as a
formal request to "meet and confer" within seven (7) days of this
letter to "arrange for a mutually agreeable date, time, place,
and scope of an examination or production" as required by Local
Bankruptcy Rule 2004-1.

In the event that American Express fails to timely respond,
I will simply assume that it is not interested in cooperating and
participating in that process, and will proceed accordingly.

If you have any questions or comments with respect to this
matter, please do not hesitate to call me.

Very truly yours,

Zachary I. Gonzalez

RG/rg/4035
Enclosure
cc.  Linda Lee (via email & w/enclosure)
io.  Rosendo Gonzalez, Esq. (via email & w/enclosure)

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Vista Studios, LLC** | EIN: | 47-4794185 |
| | Name | | |
| United States Bankruptcy Court  Central District of California | | Date case filed for chapter: | 7    5/24/23 |
| Case number:  **2:23-bk-13187-NB** | | | |

## Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline    10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| **1. Debtor's full name** | Vista Studios, LLC | | |
| **2. All other names used in the last 8 years** | | | |
| **3. Address** | 12615 Beatrice St.<br>Los Angeles, CA 90066 | | . |
| **4. Debtor's attorney**<br>Name and address | David B Golubchik<br>Levene, Neale, Bender, Yoo & Golubchik L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034 | Contact phone 310-229-1234<br>Email _____ | |
| **5. Bankruptcy trustee**<br>Name and address | Rosendo Gonzalez (TR)<br>Gonzalez & Gonzalez Law, P.C.<br>530 S. Hewitt Street, Suite 148<br>Los Angeles, CA 90013 | Contact phone (213) 452-0071<br>Email _____ | |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 255 East Temple Street,<br>Los Angeles, CA 90012 | Hours open:<br>9:00AM to 4:00 PM<br><br>Contact phone 855-460-9641<br><br>Dated: 5/24/23 | |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath by the trustee and by creditors. Creditors may attend, but are not required to do so. | June 30, 2023 at 08:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location:<br><br>**TELEPHONIC MEETING, FOR INSTRUCTIONS, CONTACT THE TRUSTEE** | |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | | |

2/

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline        page 1

Debtor  Vista Studios, LLC                                                      Case number 2:23-bk-13187-NB

| 9. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|
| 10. Failure to File a Statement and/or Schedule(s) | IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS, the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. |
| 11. Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

For more information, see page 1 >

Official Form 309C (For Corporations or Partnerships) Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline          page 2

# EXHIBIT 3

April 22, 2025


Zachary I. Gonzalez
GONZALEZ & GONZALEZ LAW Professional Corporation
530 South Hewitt Street, Ste. 148
Los Angeles, California 90013

**RE:** Vista Studios, LLC
**Case No:** 2:23-bk-13187-NB
**American Express File No:** 25-09074


Dear Zachary I. Gonzalez:

We are writing to acknowledge that we received your legal order dated on or about 04/21/2025. However, we are unable to comply with your request for the reason(s) highlighted below.



- The legal order or Customer Authorization was not submitted with your request.



Please reference the above file number to submit documentation. If you have any questions about the legal order, please contact us by email at amexsru@aexp.com.  Please include a brief description of your concerns and reference the above American Express file number. We are available to assist you Monday through Friday from 9:00 am to 4:00 pm Eastern Time.


Sincerely,

American Express Subpoena Response Unit

# EXHIBIT 4

## Zachary Gonzalez

**From:** Rosendo Gonzalez
**Sent:** Tuesday, April 22, 2025 9:56 AM
**To:** amexsru@aexp.com
**Cc:** docman148; Zachary Gonzalez
**Subject:** RE: American Express File No: 25-09074; Your Case No: 2:23-bk-13187-NB - file 77-04035
**Attachments:** ntc bk filing & trustee appointment.pdf

Dear sir or madam:

It appears that American Express may be confused.

The holder/customer of the American Express account was Vista Studios, LLC; that company filed for bankruptcy and I was appointed as the Chapter 7 trustee.    I am enclosing a copy of the notice of the bankruptcy filing and of my appointment.

As such, and pursuant to Sections 704, 1106 and 1107 of the Bankruptcy Code, I am the holder of all legal rights of the company debtor.

Hence, I, in my role as the appointed Chapter 7 trustee, do not need or require a court order to obtain copies of the debtor company's statements with American Express.

You should promptly confirm these points with your legal department and/or bankruptcy division.

If you have any questions, please call or email me.

Thanks.

Rosendo Gonzalez
Attorney at Law
Gonzalez & Gonzalez Law, P.C.
P (213) 452-0070
F (213) 452-0080
Trustee Dept: F(213)452-0071
www.los-angeles-business-law.com
www.gonzalezplc.com



GONZALEZ & GONZALEZ LAW
Professional Corporation

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately. El Paso, TX 79906

1

# EXHIBIT 5

**Zachary Gonzalez**

| | |
|---|---|
| **From:** | Zachary Gonzalez |
| **Sent:** | Friday, May 2, 2025 3:03 PM |
| **To:** | amexsru@aexp.com |
| **Cc:** | docman148; Rosendo Gonzalez |
| **Subject:** | RE: American Express File No: 25-09074; Your Case No: 2:23-bk-13187-NB - file 77-04035 |

To whom it may concern,

It has been nearly two weeks and the bankruptcy trustee has still received a response.

Our office will have no alternative but to file an adversary pleading against American Express for fraudulent transfers from Vista Studios, the debtor.

As such, please confirm whether or not American Express will produce the requested documents.

Thank you,

Zachary Gonzalez
Attorney at Law
Gonzalez & Gonzalez Law, P.C.
P (213) 452-0070
F (213) 452-0080
www.gonzalezplc.com


GONZALEZ & GONZALEZ LAW
Professional Corporation

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.

---

**From:** Rosendo Gonzalez <rossgonzalez@gonzalezplc.com>
**Sent:** Tuesday, April 22, 2025 9:56 AM
**To:** amexsru@aexp.com
**Cc:** docman148 <docman148@gonzalezplc.com>; Zachary Gonzalez <zig@gonzalezplc.com>
**Subject:** RE: American Express File No: 25-09074; Your Case No: 2:23-bk-13187-NB - file 77-04035

Dear sir or madam:

It appears that American Express may be confused.