```
 1  ROSENDO GONZALEZ (State Bar No. 137352)
    ZACHARY I. GONZALEZ (State Bar No. 316577)
 2  GONZALEZ & GONZALEZ LAW, P.C.
    530 S. Hewitt Street, Suite 148
 3  Los Angeles, California 90013
    Telephone (213) 452-0070
 4  Facsimile (213) 452-0080
    E-mail:rossgonzalez@gonzalezplc.com
 5         zig@gonzalezplc.com

 6
    General Bankruptcy Counsel for
 7  Rosendo Gonzalez, Chapter 7 Trustee
    and Plaintiff
 8
```

**FILED & ENTERED**

**SEP 18 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** ghaltchi **DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>VISTA STUDIOS, LLC,<br><br>        Debtor.<br>_____<br>ROSENDO GONZALEZ, Chapter 7 Trustee,<br><br>        Plaintiff,<br><br>  v.<br><br>AMERICAN EXPRESS COMPANY aka AMERICAN EXPRESS, A New York Corporation,<br><br>        Defendant.<br>_____ | BK No. 2:23-bk-13187-NB<br>    [Chapter 7]<br><br><br><br><br>Adv. No. 2:25-ap-01191-NB<br><br><br>SCHEDULING ORDER<br><br><br>DATE:  September 9, 2025<br>TIME:  11:00 a.m.<br>PLACE: Courtroom "1545" |

1

- -

The status conference was conducted, and appearances were made on the record. Based on the evidence submitted and good cause appearing therefor, it is hereby ORDERED:

1. December 19, 2025, is set as the deadline for joinder of any party and for any amendment to the filed pleadings.

2. January 9, 2026, is the deadline for completing discovery <u>(except as provided below, for experts)</u>.

3. January 16, 2026, is the deadline for any expert report to be presented.

4. <u>January 23, 2026</u> ~~February 20, 2026~~, <u>is the expert discovery cutoff (*i.e.*, the deadline for the completion of any discovery tasks or obligations pertaining to expert witnesses, such as taking the deposition of an expert witness).</u> ~~deadline for any expert testimony to be presented.~~

5. March 17, 2026, is the deadline for any dispositive motion to be heard.

6. January 6, 2026 is the deadline for filing and serving the joint status report.

2

7. The status conference is scheduled for January 20, 2026, at 11:00 a.m.

8. The pre-trial conference is to be scheduled.

9. Trial is to be scheduled.

10. All trial exhibits are to be delivered to the other parties and to chambers, including direct testimony by declarations unless excused. *See*, this Court's posted procedures for trial and exhibits.

### # # #

Date: September 18, 2025

Neil W. Bason
United States Bankruptcy Judge